**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
P.O. Box 28550
Fresno, CA 93729-8550
Telephone: (559) 438-8500
Facsimile: (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants CITY OF FRESNO, JERRY DYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOLORAZANO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF FRESNO, JERRY DYER, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.1:09-CV-01679-AWI-DLB<br><br>STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. On September 25, 2009, counsel for the parties had discussions concerning the operative pleading.

////

////

////

////

////

////

////

2. So as to avoid Defendants' filing a Rule 12 motion on September 28,

2009, Plaintiff agreed to file a First Amended Complaint by October 23, 2009.

Dated: September 28, 2009

BETTS & RUBIN

By /s/ Joseph D. Rubin
Joseph D. Rubin
Attorneys for Defendants CITY OF FRESNO and Jerry Dyer

Dated: September 28, 2009

PERKINS, MANN & EVERETT

By /s/ Douglas Thornton
Douglas Thornton
Attorneys for Plaintiff WILLIAM SOLORAZANO

**ORDER**

IT IS SO ORDERED. Plaintiff shall file his First Amended Complaint by or on October 23, 2009. Defendants shall respond within 20 days.

IT IS SO ORDERED.

**Dated:** **September 28, 2009**

/s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE