**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, CA 93721
Telephone: (559) 438-8500
Facsimile: (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants CITY OF FRESNO, JERRY DYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOLORAZANO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF FRESNO, JERRY DYER, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.1:09-CV-01679-AWI-DLB <br><br> STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE |

The parties, through their attorneys of record, hereby stipulate as follows:

1. In January, 2010, Plaintiff filed his First Amended Class Action Complaint in this matter.

2. Defendants are in the process of filing a Rule 12 Motion, which is scheduled to be heard on March 22, 2010.

////

////

////

1    3.  Thus, the parties desire to continue the Scheduling Conference to
2 April 29, 2010, so that the Court may have an opportunity to consider the Rule 12
3 Motion.

Dated: February 13, 2010          BETTS & RUBIN

                                  By  /s/ Joseph D. Rubin
                                      Joseph D. Rubin
                                  Attorneys for Defendants CITY OF FRESNO
                                  and Jerry Dyer

Dated: February 13, 2010          MILLER & AYALA

                                  By  /s/ Nathan Miller
                                  Nathan Miller, Esq.
                                  Attorneys for Plaintiff WILLIAM
                                  SOLORAZANO

**ORDER**

   IT IS SO ORDERED.  The Scheduling Conference shall be continued to April 29, 2010, at 9:30 a. m.

IT IS SO ORDERED.

   Dated:  **February 13, 2010**           /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE