**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, CA 93721
Telephone: (559) 438-8500
Facsimile: (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants CITY OF FRESNO, JERRY DYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOLORAZANO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY OF FRESNO, JERRY DYER, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.1:09-CV-01679-AWI-DLB<br><br>STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE |

The parties, through their attorneys of record, hereby stipulate as follows:

1.   In January, 2010, Plaintiff filed his First Amended Class Action Complaint in this matter.

2.   Defendants are in the process of filing a Rule 12 Motion, which is scheduled to be heard on March 22, 2010.

////

////

////

3. Thus, the parties desire to continue the Scheduling Conference to April 29, 2010, so that the Court may have an opportunity to consider the Rule 12 Motion.

Dated: February 13, 2010          BETTS & RUBIN

By  /s/ Joseph D. Rubin
Joseph D. Rubin
Attorneys for Defendants CITY OF FRESNO and Jerry Dyer

Dated: February 13, 2010          MILLER & AYALA

By  /s/ Nathan Miller
Nathan Miller, Esq.
Attorneys for Plaintiff WILLIAM SOLORAZANO

**ORDER**

   IT IS SO ORDERED.  The Scheduling Conference shall be continued to April 29, 2010, at 9:30 a. m.

IT IS SO ORDERED.

   Dated:   **February 13, 2010**            /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE