IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS SOLORAZANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE CITY OF FRESNO, JERRY DYER, and DOES 1 through 250,<br><br>Defendant. | 1:09-CV-1679 AWI DLB<br><br>ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS |

Currently pending before the Court is Defendants' motion to dismiss. Hearing on the motion is scheduled for March 22, 2010. Pursuant to Local Rule 230(c), the court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument. Local Rule 230.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 22, 2010, is VACATED, and the parties shall not appear at that time. As of March 22, 2010, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 17, 2010                         /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE