1 **BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
2 P.O. Box 28550
Fresno, CA 93729-8550
3 Telephone: (559) 438-8500
Facsimile:  (559) 438-6959
4
James B. Betts (State Bar #110222)
5 Joseph D. Rubin (State Bar #149920)

6 Attorneys for Defendants CITY OF FRESNO, JERRY DYER

7
UNITED STATES DISTRICT COURT
8
EASTERN DISTRICT OF CALIFORNIA
9

10 WILLIAM SOLORAZANO, individually and ) Case No.1:09-CV-01679-AWI-DLB
on behalf of all others similarly situated, )
11                                              ) STIPULATION AND ORDER TO
            Plaintiffs,                          ) CONTINUE SCHEDULING
12                                              ) CONFERENCE
     v.                                          )
13                                              )
THE CITY OF FRESNO, JERRY DYER,              )
14 and DOES 1 through 100, inclusive,            )
                                                )
15             Defendants.                      )
                                                )
16 _____ )

17       The parties, through their attorneys of record, hereby stipulate as follows:

18       1.    In January, 2010, Plaintiff filed his First Amended Class Action Complaint

19 in this matter.

20       2.    Defendants filed a Rule 12 Motion, which was taken under

21 submission.

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28       3.    Thus, the parties desire to continue the Scheduling Conference to May

Stipulation to Continue Sch. Conf.

1   27, 2010, so that the parties may have the benefit of the Court's ruling.

4   Dated: April 28, 2010                    BETTS & RUBIN

6                                            By  /s/ Joseph D. Rubin
7                                               Joseph D. Rubin
                                                Attorneys for Defendants CITY OF FRESNO
                                                and Jerry Dyer

10  Dated: April 28, 2010                    PERKINS, MANN & EVERETT

12                                           By  /s/ Nathan Miller
                                                Nathan Miller
13                                              Attorneys for Plaintiff WILLIAM SOLORAZANO

17       IT IS SO ORDERED.

18       **Dated:   April 28, 2010**                 /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE