1

**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
P.O. Box 28550

2
Fresno, CA 93729-8550
Telephone: (559) 438-8500

3
Facsimile:  (559) 438-6959

4
James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

5

6
Attorneys for Defendants CITY OF FRESNO, JERRY DYER

7                     UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9

10 WILLIAM SOLORAZANO, individually and )    Case No.1:09-CV-01679-AWI-DLB
   on behalf of all others similarly situated,  )

11                                           )    STIPULATION AND ORDER TO
                    Plaintiffs,              )    CONTINUE SCHEDULING
                                             )    CONFERENCE
12        v.                                 )
                                             )
13 THE CITY OF FRESNO, JERRY DYER,           )
   and DOES 1 through 100, inclusive,        )
14                                           )
                    Defendants.              )
15                                           )
                                             )
16                                           )

17       The parties, through their attorneys of record, hereby stipulate as follows:

18       1.      In January, 2010, Plaintiff filed his First Amended Class Action Complaint

19 in this matter.

20       2.      Defendants filed a Rule 12 Motion, which was taken under

21 submission.

22       3.      There is a scheduling conference currently set for May 27, 2010.

23 ////

24 ////

25 ////

26 ////

27

28                                                       Stipulation to Continue Sch. Conf.

1     4.     Thus, the parties desire to continue the Scheduling Conference to July

2  12, 2010, so that the parties may have the benefit of the Court's ruling.

3

4

5  Dated: May 17, 2010                    BETTS & RUBIN

6

7  By  /s/ Joseph D. Rubin
        Joseph D. Rubin
   Attorneys for Defendants CITY OF FRESNO
8  and Jerry Dyer

9

10

11 Dated: May 17, 2010                    PERKINS, MANN & EVERETT

12

13 By  /s/ Nathan Miller
   Nathan Miller
   Attorneys for Plaintiff WILLIAM SOLORAZANO

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Sch. Conf.

**ORDER**

1

2

    IT IS SO ORDERED.  The Scheduling Conference shall be continued to July 12,

3

2010, at 9:30 a.m.

4

5

6   Dated:   May 17, 2010

7                                      Judge Dennis L. Beck

8

9

10

IT IS SO ORDERED.

11

12     Dated:   **May 17, 2010**                   /s/ *Dennis L. Beck*

13                              UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                            ˇ 3 ˇ              Stipulation to Continue Sch. Conf.